IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

MICHAEL S. TYLER,

      Appellant,

 v.

Case No.  5D22-2412
LT Case No. 2001-CF-001529-A

STATE OF FLORIDA,

      Appellee.

_____/

Opinion filed April 28, 2023

3.800 Appeal from the Circuit Court
for Lake County,
James R. Baxley, Judge.

Michael S. Tyler, Lowell, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Bonnie Jean
Parrish, Assistant Attorney General,
Daytona Beach, for Apellee.

PER CURIAM.

     Appellant appeals the trial court's denial of his Florida Rule of Criminal

Procedure 3.800 motion for postconviction relief in Lake County Circuit Court

Case No. 2001-CF-001529-A. We affirm the trial court's order and caution Appellant that abusive, repetitive, malicious, or frivolous filings directed to Lake County Circuit Court Case No. 2001-CF-001529-A may result in sanctions such as a bar on pro se filing in this Court and referral to prison officials for disciplinary proceedings, which may include forfeiture of gain time. See § 944.279(1), Fla. Stat. (2019); State v. Spencer, 751 So. 2d 47 (Fla. 1999).

AFFIRMED; WARNING ISSUED.

EDWARDS, SOUD, and BOATWRIGHT, JJ., concur.